463 A.2d 49

Commonwealth v. Mallory, Appellant.

Submitted December 6, 1982. Elaine DeMasse, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

610

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.